EMIL SCHULTZ, JR., et al., respondents,

v.

HOWARD J. VAN DOREN et al., appellants.

[Filed August 25th, 1903.]

*Mr. Robert H. McCarter,* for the appellants.

*Mr. Edward A. Day,* for the respondents.

---

Holmes *v.* Sheridan.

---

Per Curiam.

The decree appealed from in this case is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Pitney, filed in the court of chancery, and reported in *19 Dick. Ch. Rep. 465.*

*For affirmance*—The Chief-Justice, Van Syckel, Dixon, Garrison, Fort, Hendrickson, Pitney, Swayze, Bogert, Vredenburgh, Voorhees, Vroom, Green—13.

*For reversal*—None.